IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 09 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FIDEL VALENCIA,<br>　　Petitioner,<br><br>v.<br><br>R. D. MILES, WARDEN OF F.C.I.,<br>BASTROP, TEXAS,<br>　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-01-116

CRIMINAL NO. B-93-132-S2-1

United States District Court
Southern District of Texas
FILED

AUG 15 2001

Michael N. Milby, 
By Deputy Clerk

## ORDER DENYING WRIT OF HABEAS CORPUS

BEFORE this Court is Petitioner's "Petition for Writ of Habeas Corpus by a Person in Federal Custody Under 28 U.S.C. § 2241" (Docket No. 1). The judgement of conviction upon which the Petitioner seeks relief became final on the 9th day of January, 1996. The motion presently before this Court was filed on the 28th day of June, 2001. After due consideration, it is the opinion of this Court that said motion should be dismissed as not being filed within the one year time bar set forth under 28 U.S.C. § 2255.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Petitioner's "Petition for Writ of Habeas Corpus by a Person in Federal Custody Under 28 U.S.C. § 2241" is hereby DISMISSED.

IT IS SO ORDERED.

SIGNED this the 8th day of August, 2001, in Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Filemon B. Vela
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge