3

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

| FIDEL VALENCIA, | § | |
| --- | --- | --- |
| | § | |
| APPELLANT, | § | APPEAL NO. _____ |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-116 |
| | § | |
| R.D. MILES, WARDEN OF F.C.I. | § | CRIMINAL NO. B-93-132-S2-1 |
| BASTROP, TEXAS, | § | |
| | § | |
| APPELLEE. | § | |

NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW, FIDEL VALENCIA, Pro-Se Appellant, and hereby gives Notice of Appeal, from this District Court's Order of Dismissed of Petitioner's Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241 on August 15th, 2001 at Brownsville, Texas.

RESPECTFULLY SUBMITTED IN GOOD FAITH ON THIS _23_ DAY OF _August_, 2001.

/S/ _Fidel Valencia_
FIDEL VALENCIA, PRO-SE.
INMATE REG. NO. 63091-079
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1010
BASTROP, TEXAS 78602-1010