4

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FIDEL VALENCIA, | § § | |
| APPELLANT, | § § | APPEAL NO. _____ |
| VS. | § § | CIVIL ACTION NO. B-01-116 |
| R.D. MILES, WARDEN OF F.C.I. BASTROP, TEXAS, | § § § | CRIMINAL NO. B-93-132-S2-1 |
| APPELLEE. | § | |

MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS

TO THE HONORABLE COURT:

COMES NOW, FIDEL VALENCIA, Appellant. Appellant comes pro-se and in forma pauperis, and respectfully moves this Honorable Court for leave to proceed on appeal in forma pauperis from the judgement of Dismissed Order entered on August 8, 2001 of Petitioner's Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241.

Appellant request's to proceed in forma pauperis without having to pay the Cost or Court fees. Appellant has attached an Affidavit in support of this Motion to proceed In Forma Pauperis hereto.

RESPECTFULLY SUBMITTED IN GOOD FAITH ON THIS 23 DAY OF August, 2001.

/S/ _Fidel Valencia_
FIDEL VALENCIA, PRO-SE.
INMATE REG. NO. 63091-079
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1010
BASTROP, TEXAS 78602-1010

```
          IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
      BROWNSVILLE DIVISION
```

| | | |
|---|---|---|
| FIDEL VALENCIA, | § § | |
| APPELLANT, | § § | APPEAL NO. _____ |
| VS. | § § | CIVIL ACTION NO. B-01-116 |
| R.D. MILES, WARDEN OF F.C.I. BASTROP, TEXAS, | § § § | CRIMINAL NO. B-93-132-S2-1 |
| APPELLEE. | § | |

**AFFIDAVIT IN SUPPORT
OF MOTION TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

I, FIDEL VALENCIA, Declare under Penalty of Perjury that all that I state below is true and correct.

I, Fidel Valencia am the Appellant in this Appeal and was the Petitioner in the District Court.

I state that because of my proverty I am unable to pay the Cost of the Court Processing or give security as I have been a Federal Prisoner for __9__ years and have lost everything and I state that the issues I will raise on Appeal will entitle a reversal of the judgment.

Appellant has got an assigned Job here at the Prison but only earns $ __7.00__ per month which is pennies per hour and a lot less than the Minimum Wage would pay a person.

Appellant has no Checking Account, Saving, Stocks, or Bonds.

Page 1

I hereby Declare under Penalty of Perjury pursuant to Title 28, U.S.C. Section 1746, and 18 U.S.C. Section 1621, that the foregoing information contained herein this affidavit is true and correct to the best of my knowledge.

**RESPECTFULLY SUBMITTED IN GOOD FAITH**

EXECUTED AT BASTROP, F.C.I. ON THIS _23_ DAY OF _August_, 2001.

I, Swear that before Me Mr. _Valencia Fidel_ who is over the age of 18 and is capable of making this Affidavit who is of Sound Mind did state the above Stated facts.

WITNESSED: _Johnny Gonzales_ Johnny Gonzales 8-23, 2001.
WITNESSED: _Felipe Gamez_ Felipe Gamez, 2001.
WITNESSED: _Juan E. Castro_ Juan E. Castro, 2001.

Page 2

```
                    IN THE
           UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                BROWNSVILLE DIVISION
```

| | | |
|---|---|---|
| FIDEL VALENCIA, | § | |
| | § | |
| APPELLANT, | § | APPEAL NO. _____ |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-116 |
| | § | |
| R.D. MILES, WARDEN OF F.C.I. | § | CRIMINAL NO. B-93-132-S2-1 |
| BASTROP, TEXAS, | § | |
| | § | |
| APPELLEE. | § | |

## CERTIFICATE OF SERVICE

I, hereby Certify that, I have sent the Original and two Copies to the Clerk of the District Court of Brownsville, Texas of the Notice of appeal and the Attached forms and a Copy to the Clerk of the Fifth Circuit Court of Appeals.

On this _23_ day of _August_, 2001.

/S/ _Fidel Valencia_
FIDEL VALENCIA, PRO-SE.
INMATE REG. NO. 63091-079
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1010
BASTROP, TEXAS 78602-1010