5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

SEP 13 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FIDEL VALENCIA | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-116 |
| | § | |
| R.D. MILES, WARDEN OF F.C.I., | § | CRIMINAL NO. B-93-132-S2-1 |
| BASTROP, TEXAS | § | |
| Defendant | § | |

## ORDER

Fidel Valencia, a prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (2001). This Court considered and dismissed Valencia's petition for habeas corpus relief because it was not filed within the one year time bar set forth under 28 U.S.C. § 2255 (2001). Pending before this Court is Valencia's Notice of Appeal (Docket No. 3).

## DISCUSSION

Valencia's petition for writ of habeas corpus (Docket No. 1) was filed on June 28, 2001. Consequently, it is governed by the Antiterrorism and Effective Death Penalty Act ("AEDPA"). *Miller-El v. Johnson*, ___ F.3d ___, 2001 WL 883537, *3 (5th Cir. 2001). Under AEDPA, a petitioner may not appeal this Court's final order until the petitioner obtains a certificate of appealability ("COA"). 28 U.S.C. § 2253(c) (2001). This court treats Valencia's Notice of Appeal as a request for a COA under § 2253.

A COA will issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2001). A petitioner makes a "substantial showing" when he demonstrates that his petition involves issues which are debatable among jurists of reason,

that another court could resolve the issues differently, or that the issues are adequate to deserve encouragement to proceed further. *Miller-El*, ___ F.3d ___, 2001 WL 883537, *3.

The petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, it is ORDERED, ADJUDGED and DECREED that plaintiff's request for certificate of appealability should be and is hereby DENIED.

Done this 13th day of September, 2001.

Filemon B. Vela
United States District Court Judge