# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 01-41267
Conference Calendar

D.C. Docket No. B-1-CV-116
B-93-CR-132-1

U.S. COURT OF APPEALS
FILED
DEC 1 2 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
FEB 0 7 2003
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

FIDEL VALENCIA

       Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: **FEB 0 4 2003**

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy

New Orleans, Louisiana  FEB 0 4 2003

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

February 4, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
ern District of Texas
RECEIVED
FEB 07 2003
Michael N. Milby, Clerk of Court

No. 01-41267 USA v. Valencia
USDC No. B-1-CV-116
B-93-CR-132-1

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 11 ) Volumes    ( 1 ) Envelope    (   ) Boxes
                  (SEALED)

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Whi'Sheika D. Chissell, Deputy Clerk
504-310-7687

cc: (letter only)
    Honorable Filemon B Vela
    Mr James Lee Turner
    Mr Fidel Valencia

MDT-1